# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jason Winig,                                               :
                          Appellant                        :
                                                           :
              v.                                           :         No. 1423 C.D. 2021
                                                           :
The Office of the District Attorney                        :
of Philadelphia, Lawrence S. Krasner,                      :
Esquire, Branwen McNabb, Esquire,                          :
Michelle Michelson, Esquire,                               :
William Burrows, Esquire and                               :
Helen Park, Esquire                                        :


**PER CURIAM**                        **O R D E R**


NOW, April 20, 2023, having considered Appellant's application for reargument, the application is DENIED.